1  JOHN M. MOORE (*pro hac vice* application to be filed)
   ALEXIS N. BURGESS (Cal. Bar No. 279328)
2  DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1500
3  Los Angeles, CA 90067
   Telephone:  (310) 203-4000
4  Facsimile:   (310) 229-1285
   john.moore@dbr.com
5  alexis.burgess@dbr.com

6  Attorneys for Defendant
   JOHN HANCOCK LIFE INSURANCE
7  COMPANY (U.S.A.)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PATRICK C. COLLINS,<br><br>             Plaintiff,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Corporation; and DOES 1 through 5 (inclusive),<br><br>             Defendants. | Case No. 2:14-cv-8245<br><br>**DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP)**<br><br>Superior Court of California, County of Los Angeles Case No. BC558764 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant John Hancock Life Insurance Company (U.S.A.) ("John Hancock") hereby removes to this Court the state court action described below:

## PLEADINGS

1.  Plaintiff Patrick C. Collins ("Plaintiff") filed an action in the Superior Court of the State of California, County of Los Angeles, entitled *Patrick C. Collins v. John Hancock Life Insurance Company and Does 1 through 5 (inclusive)*, Case No. BC558764 (the "State Court Action") on September 25, 2014.

2. Plaintiff effected personal service on John Hancock on September 26, 2014. A true and correct copy of the Complaint (and related papers) served on John Hancock is attached hereto as Exhibit A. Plaintiff has not attempted to serve any other pleadings, process, or orders on John Hancock in the State Court Action.

3. John Hancock's removal is timely under 28 U.S.C. § 1446(b), as it is being filed within 30 days of receipt by the defendant, through service or otherwise, of a copy of the initial pleading.

## JURISDICTION

4. In the Complaint, Plaintiff alleges claims against John Hancock for: (1) money had and received, (2) restitution (unjust enrichment), and (3) conversion. Each of these claims arise out of a long-term care insurance policy (the "Policy") issued by John Hancock to Plaintiff.

5. The Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because:

    a. At all times alleged in the Complaint, Plaintiff was (and still is) a citizen of the State of California residing in Los Angeles.

    b. At all times alleged in the Complaint, John Hancock was (and still is) a citizen of the State of Michigan, where it is incorporated, and of the Commonwealth of Massachusetts, where it has its principal place of business. 28 U.S.C. § 1332(c).

    c. Pursuant to 28 U.S.C. § 1441(b), no named defendant is a citizen of the State of California, in which the State Court Action is currently pending.

    d. John Hancock is informed and believes that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332(a). Plaintiff seeks (1) the return of all premiums paid on the Policy (allegedly totaling $81,118.00), as well as interest thereon, and (2) at least $150,000 in

general and special damages allegedly resulting from conversion.

## INTRADISTRICT ASSIGNMENT

6. The United States District Court for the Central District of California, Western Division, embraces the county and court in which the State Court Action was filed (Los Angeles). 28 U.S.C. § 84(c). Therefore, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

## NOTICE TO STATE COURT AND ADVERSE PARTY

7. Pursuant to 28 U.S.C. § 1446(d), John Hancock is filing written notice of this removal with the Clerk of the State Court in which the action is currently pending, and serving upon Plaintiff's counsel copies of this Notice of Removal as well as a Notice to Adverse Party of Removal to Federal Court.

**WHEREFORE**, John Hancock hereby removes the above-captioned action to this Court from the Superior Court of the State of California in the County of Los Angeles. John Hancock prays for such other and further relief to which it may be entitled at law or in equity.

Dated: October 24, 2014         DRINKER BIDDLE & REATH LLP

By: /s/ Alexis N. Burgess
    John M. Moore
    Alexis N. Burgess

Attorneys for Defendant
JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)